St. William's Church, Raquette Lake, New York, Respondent, *v.* People of the State of New York, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

Motion by respondent for reargument or, in the alternative, modification of the decision of the Court of Appeals, denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 861.]

In the Matter of Thomas F. Finn et al., Appellants, against John F. O'Connell et al., Individually and as Members of the State Liquor Authority, Respondents.

Submitted April 7, 1947; decided April 17, 1947.

*Harry F. Karst* and *Alvin McKinley Sylvester* for motion. *Benjamin Rubenstein* opposed.

Motion denied, with $10 costs to the State Liquor Authority upon the ground that an undertaking has been filed and served.